**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**FEB 13 2002**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

ROLAND S. WEAVER,

      Plaintiff-Appellant,

v.

DENNIS BOYLES, Agent, Berryton,
Kansas; SHAWNEE COUNTY
COMMISSIONERS; ENCENIO
SAPATA; JAMES WELCH; CARLA
STOVALL, Attorney General of
Kansas; EDSALL'S AUTO SERVICE;
E. J. EDSALL'S INC.,

      Defendants-Appellees.

No.  01-3050
(D.C. No. 99-CV-4194-SAC)
(D. Kansas)

---

**ORDER AND JUDGMENT**  *

---

Before **EBEL**, **KELLY**, and **BRISCOE**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

---

\*      This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Roland S. Weaver appeals from the district court's judgment dismissing his civil rights complaint for lack of jurisdiction–as barred by the *Rooker-Feldman* doctrine and res judicata–failure to state a claim, and frivolousness, and denying him leave to file an amended complaint. The parties are familiar with the underlying facts; we need not repeat them here. Suffice it to say, all of Mr. Weaver's allegations and legal arguments arise out of the seizure of his vehicles. We have jurisdiction over this appeal by virtue of 28 U.S.C. § 1291. We review the district court's rulings *de novo*. *See Sutton v. Utah State Sch. for the Deaf & Blind*, 173 F.3d 1226, 1236 (10th Cir. 1999) (failure to state a claim); *ANR Pipeline Co. v. LaFaver*, 150 F.3d 1178, 1186 (10th Cir. 1998) (subject matter jurisdiction). We construe appellant's pro se pleadings liberally, as required by *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972).

On appeal, Mr. Weaver alleges wrongful taking, false arrest, conspiracy, selective prosecution, due process violations, and undefined RICO claims. All of these claims were decided–or could have been decided had they been asserted–in his previous state lawsuits. His legal arguments challenging the district court's rulings lack merit. After careful review of the entire record on appeal in light of appellant's arguments and the applicable law, we conclude that

the district court correctly decided this case.  Therefore, for substantially the same reasons contained in the district court's thorough Memorandum and Order filed February 21, 2001, the judgment of the United States District Court for the District of Kansas is AFFIRMED.  Plaintiff's motions for leave to file an appendix on appeal and to remand this case to the district court are DENIED.

Entered for the Court

Mary Beck Briscoe
Circuit Judge